**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7694**

---

MICHAEL JOSEPH DERROW,

              Petitioner – Appellant,

     v.

KENNY ATKINS,

              Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Terry L. Wooten, Chief District Judge.  (2:14-cv-00211-TLW)

---

Submitted:  March 30, 2015         Decided:  April 24, 2015

---

Before DUNCAN, AGEE, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Joseph Derrow, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Joseph Derrow, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Derrow v. Atkins, No. 2:14-cv-00211-TLW (D.S.C. Oct. 30, 2014). We deny Derrow's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED